IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 04-F-2541 (OES)

MARLO S. ALSTON,

    Plaintiff,

v.

RADIOLOGY IMAGING ASSOCIATES, P.C.,
a Colorado professional organization,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE PLAINTIFF'S THIRD CLAIM FOR RELIEF AGAINST DEFENDANT RADIOLOGY IMAGING ASSOCIATES, P.C.**

---

    Having reviewed the parties' Stipulated Motion to Dismiss with Prejudice Plaintiff's Third Claim for Relief against Defendant Radiology Imaging Associates, P.C. (Dkt. # 22), and being fully advised in the premises, the Court

    ORDERS that the Plaintiff's Third Claim for Relief asserted in her Amended Complaint be, and hereby is, DISMISSED WITH PREJUDICE. The Court shall award no costs or attorneys' fees to either party.

    DATED: July 8, 2005

                                            BY THE COURT:

                                            s/ Phillip S. Figa

                                            _____
                                            Phillip S. Figa
                                            United States District Judge