## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02541-PSF-OES

MARLO S. ALSTON,

 Plaintiff,

v.

RADIOLOGY IMAGING ASSOCIATES, P.C., a Colorado professional organization,

 Defendant.

_____

## ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE ALL CLAIMS AGAINST DEFENDANT RADIOLOGY IMAGING ASSOCIATES,P.C.

_____

Having reviewed the Parties' Stipulated Motion to Dismiss with Prejudice, and being fully advised in the premises, the Court

ORDERS that this civil action be, and hereby is, DISMISSED WITH PREJUDICE.

The Court shall award no costs or attorneys' fees to either party.

Dated this 13th day of July, 2005.

BY THE COURT:

s/ Phillip S. Figa

_____

Phillip S. Figa
United Stated District Judge